# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Johnnie Vernell Fetherson ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                             3:10-cv-426

Time Warner Cable ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2011 Order.

Signed: January 26, 2011

Frank G. Johns, Clerk
United States District Court